LOUISE B. DILLON, Appellant, *v.* NICK MOORE, Respondent.

Argued June 11, 1946; decided July 23, 1946.

*William C. Maher* for appellant.

*Rowland L. Davis* and *Charles H. Gardner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.